Certificate Number: 20102-PAE-DE-036562646

Bankruptcy Case Number: 22-10783



20102-PAE-DE-036562646

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2022, at 8:56 o'clock AM EDT, Angela Filiziani completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 21, 2022

By: /s/Marcy Walter

Name: Marcy Walter

Title: President-Manager