# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Filiziani<br>    Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>    Movant<br>  vs.<br>Angela Filiziani<br>    Debtor(s)<br><br>Scott F. Waterman<br>    Trustee | CHAPTER 13<br><br><br>NO. 22-10783 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **May 18, 2022, docket number 18**.

    Respectfully submitted,

    /s/ Rebecca A. Solarz, Esq.
    _____

    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    Phone: (215)-627-1322

Dated: June 21, 2022