United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-10783-pmm
Angela Filiziani | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Jul 28, 2022     Form ID: 155     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Filiziani, 509 Caramist Circle, Reading, PA 19608-8111 |
| 14679888 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14679892 | + | John Dack Weiler, Jr., 509 Caramist Circle, Reading, PA 19608-8111 |
| 14690298 | + | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14681413 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14681627 | + | Nationstar Mortgage, LLC, d/b/a Mr. Cooper, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14694350 | | Regions Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14679889 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2022 23:52:55 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14690932 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 29 2022 00:03:48 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14679890 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2022 23:52:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14682713 | | Email/Text: mrdiscen@discover.com | Jul 28 2022 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14679891 | + | Email/Text: mrdiscen@discover.com | Jul 28 2022 23:52:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14693786 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2022 00:04:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14679893 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2022 23:52:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14695404 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2022 23:52:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14679894 | + | Email/Text: bankruptcynotices@psecu.com | Jul 28 2022 23:52:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14688856 | + | Email/Text: bankruptcynotices@psecu.com | Jul 28 2022 23:52:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14694356 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2022 23:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14679895 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 28 2022 23:53:04 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 14679896 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 00:04:12 | Syncb/car Caremytreshp, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14680330 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 29 2022 00:03:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14680441 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 00:04:12 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14679897 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 00:03:56 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14679898 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 00:04:03 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Angela Filiziani tobykmendelsohn@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Angela Filiziani
      Debtor(s)                                                        Chapter: 13

                                                                                      Bankruptcy No: 22−10783−pmm
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 28th day of July 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Patricia M. Mayer
                                                          Judge ,
                                                          United States Bankruptcy Court