| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-10783-PMM**

| | |
|---|---|
| Angela Filiziani | Petition Filed Date: 03/29/2022 |
| 509 Caramist Circle | 341 Hearing Date: 05/03/2022 |
| Reading  PA    19608 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2022 | $225.00 | | 05/31/2022 | $225.00 | | 06/29/2022 | $225.00 | |
| 07/29/2022 | $225.00 | | | | | | | |

**Total Receipts for the Period:  $900.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $0.00 | $3,550.00 |
| 1 | DISCOVER BANK  »» 001 | Unsecured Creditors | $9,219.25 | $0.00 | $0.00 |
| 2 | PSECU  »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MEMBERS 1ST FCU  »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP  »» 004 | Unsecured Creditors | $5,184.14 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC  »» 005 | Unsecured Creditors | $904.16 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC  »» 006 | Unsecured Creditors | $831.30 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $4,387.55 | $0.00 | $0.00 |
| 8 | REGIONS BANK  »» 008 | Unsecured Creditors | $28,461.69 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 009 | Unsecured Creditors | $2,825.03 | $0.00 | $0.00 |
| 10 | NATIONSTAR MORTGAGE LLC  »» 010 | Mortgage Arrears | $1,823.19 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10783-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $900.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $72.00 | Total Plan Base: | $8,100.00 |
| Funds on Hand: | $828.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.