| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-10783-PMM

Angela Filiziani  
509 Caramist Circle  
Reading  PA    19608  

Petition Filed Date: 03/29/2022  
341 Hearing Date: 05/03/2022  
Confirmation Date: 07/28/2022  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $225.00 | | 09/29/2022 | $225.00 | | 10/31/2022 | $225.00 | |
| 11/30/2022 | $225.00 | | 12/30/2022 | $225.00 | | 01/30/2023 | $225.00 | |
| 03/01/2023 | $225.00 | | 03/29/2023 | $225.00 | | 05/01/2023 | $225.00 | |
| 05/30/2023 | $225.00 | | 06/29/2023 | $225.00 | | 07/31/2023 | $225.00 | |

**Total Receipts for the Period:  $2,700.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $3,098.25 | $451.75 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $9,219.25 | $0.00 | $9,219.25 |
| 2 | PSECU »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MEMBERS 1ST FCU »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $5,184.14 | $0.00 | $5,184.14 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $904.16 | $0.00 | $904.16 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $831.30 | $0.00 | $831.30 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $4,387.55 | $0.00 | $4,387.55 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $28,461.69 | $0.00 | $28,461.69 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $2,825.03 | $0.00 | $2,825.03 |
| 10 | NATIONSTAR MORTGAGE LLC »» 010 | Mortgage Arrears | $1,823.19 | $0.00 | $1,823.19 |

Chapter 13 Case No. 22-10783-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,600.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $3,098.25 | Arrearages: | $0.00 |
| Paid to Trustee: | $297.00 | Total Plan Base: | $8,100.00 |
| Funds on Hand: | $204.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.