| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-10783-PMM

| | |
|---|---|
| Angela Filiziani | Petition Filed Date: 03/29/2022 |
| 509 Caramist Circle | 341 Hearing Date: 05/03/2022 |
| Reading  PA    19608 | Confirmation Date: 07/28/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2023 | $225.00 | | 09/29/2023 | $225.00 | | 10/30/2023 | $225.00 | |
| 11/30/2023 | $225.00 | | 01/02/2024 | $225.00 | | 01/29/2024 | $225.00 | |
| 02/29/2024 | $225.00 | | 04/01/2024 | $225.00 | | 04/29/2024 | $225.00 | |
| 05/30/2024 | $225.00 | | 07/01/2024 | $225.00 | | 07/29/2024 | $225.00 | |

**Total Receipts for the Period: $2,700.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $9,219.25 | $64.82 | $9,154.43 |
| 2 | PSECU »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | MEMBERS 1ST FCU »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $5,184.14 | $36.45 | $5,147.69 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $904.16 | $0.00 | $904.16 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $831.30 | $0.00 | $831.30 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $4,387.55 | $30.85 | $4,356.70 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $28,461.69 | $200.12 | $28,261.57 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $2,825.03 | $19.86 | $2,805.17 |
| 10 | NATIONSTAR MORTGAGE LLC »» 010 | Mortgage Arrears | $1,823.19 | $1,823.19 | $0.00 |

**Chapter 13 Case No. 22-10783-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $6,300.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $5,725.29 | Arrearages: | $0.00 |
| Paid to Trustee: | $562.50 | Total Plan Base: | $8,100.00 |
| Funds on Hand: | $12.21 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.