United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10783-pmm

Angela Filiziani     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Apr 18, 2025     Form ID: 138OBJ     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Filiziani, 509 Caramist Circle, Reading, PA 19608-8111 |
| 14679888 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14679892 | + | John Dack Weiler, Jr., 509 Caramist Circle, Reading, PA 19608-8111 |
| 14681627 | + | Nationstar Mortgage, LLC, d/b/a Mr. Cooper, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 19 2025 00:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2025 00:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14679889 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2025 01:02:17 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14690932 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2025 01:02:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14679890 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2025 00:58:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14682713 | | Email/Text: mrdiscen@discover.com | Apr 19 2025 00:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14679891 | + | Email/Text: mrdiscen@discover.com | Apr 19 2025 00:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14693786 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 01:02:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690298 | + | Email/Text: Unger@Members1st.org | Apr 19 2025 00:58:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14679893 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2025 00:58:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14681413 | ^ | MEBN | Apr 19 2025 00:53:17 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14695404 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2025 00:58:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14679894 | + | Email/Text: bankruptcynotices@psecu.com | Apr 19 2025 00:59:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14688856 | + | Email/Text: bankruptcynotices@psecu.com | Apr 19 2025 00:59:00 | PSECU, PO BOX 67013, HARRISBURG, PA |

Case 22-10783-pmm    Doc 40    Filed 04/20/25    Entered 04/21/25 00:31:15    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 26 |

| Recipient | Flag | Method | Date/Time | Address |
|---|---|---|---|---|
| 14694356 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2025 00:59:00 | 17106-7013 Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14694350 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 01:02:05 | Regions Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14679895 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Apr 19 2025 01:02:10 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 14679896 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 01:02:04 | Syncb/car Caremytreshp, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14680330 | ^ | MEBN | Apr 19 2025 00:53:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14680441 | ^ | MEBN | Apr 19 2025 00:53:40 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14679897 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 01:02:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14679898 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2025 01:02:04 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2025     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

**Name**    **Email Address**

BRENNA HOPE MENDELSOHN
   on behalf of Debtor Angela Filiziani tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
   on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
   on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

ROBERT PATRICK WENDT
   on behalf of Creditor Nationstar Mortgage LLC paeb@fedphe.com  LeopoldAssociatesPAX6428@projects.filevine.com

SCOTT F. WATERMAN [Chapter 13]

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 26 |

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 39 − 38

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Angela Filiziani                    )<br>                                     )<br>   Debtor(s).                         )<br>                                     ) | Case No. 22−10783−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 18, 2025                                                                                                                                     For The Court

                                                                                                                                      Timothy B. McGrath
                                                                                                                                      Clerk of Court