**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    Angela Filiziani

Debtor 2

United States Bankruptcy Court for the EASTERN DISTRICT of Pennsylvania

Case number   22-10783 PMM

Official Form 410S1

# Notice of Mortgage Payment Change
**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: Nationstar Mortgage LLC**

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 0007

**Date of payment change:**
Must be at least 21 days after date
of this notice                                04/01/2023

**New total payment:**                         $1030.89
Principal, interest, and escrow, if any

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $452.26          New escrow payment: $ 467.06

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $ _____

## Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (Court approval may be required before the payment change can take effect.)

      Reason for change:_____

      Current mortgage payment: $_____    New mortgage payment: $ _____

Document ID: 43c42cd2687d8e5b2eaa3a7643b74c19b56e252f41ce9cb01f8ebf3ccd4813bb

| Debtor(s) | <u>Angela Filiziani</u> | Case number *(if known)*  22-10783 PMM |
|---|---|---|
| | First Name    Middle Name    Last Name | |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Michael Farrington*

Date    03/03/2023

Signature
Michael Farrington
03 Mar 2023, 09:51:10, EST

**Print:**  Michael Farrington

Title    <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701           Market Street, Suite 5000</u>
           Number          Street
           Philadelphia,                    PA    19106
           City                              State    ZIP Code

Contact phone   (215) 627–1322          Email  <u>bkgroup@kmllawgroup.com</u>

Document ID: 43c42cd2687d8e5b2eaa3a7643b74c19b56e252f41ce9cb01f8ebf3ccd4813bb