## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Filiziani<br>      **Debtor(s)** | **BK NO. 22-10783 PMM** |
| | **Chapter 13** |
| Nationstar Mortgage LLC d/b/a Mr.<br>Cooper<br>      **Movant** | **Related to Claim No. 10** |
|    vs. | |
| Angela Filiziani<br>      **Debtor(s)** | |
| Scott F. Waterman,<br>      **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 8, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Angela Filiziani
509 Caramist Circle
Reading, PA 19608

<u>Attorney for Debtor(s)</u>
Brenna Hope Mendelsohn, Esq.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>March 8, 2023</u>

<u>/s/Michael P. Farrington Esq.</u>
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com